**Fill in this information to identify the case:**

Debtor: Pandora Marketing LLC

United States Bankruptcy Court for the: District of Wyoming

Case number (if known): 24-20022

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Internal Revenue Service<br>Department of the Treasury<br>Ogden, UT, 84201-0052 | As of the petition filing date, the claim is: <br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 1,181,775.36 | $ _____ |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | | |
| **Last 4 digits of account number** _____<br>Specify Code subsection of PRIORITY unsecured **claim:** 11 U.S.C. § 507(a) ( 8  ) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Maricopa County Treasurer<br>301 W. Jefferson St.<br>#100<br>Phoenix, AZ, 85003 | As of the petition filing date, the claim is: <br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 3,801.26 | $ _____ |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | | |
| **Last 4 digits of account number** _____<br>Specify Code subsection of PRIORITY unsecured **claim:** 11 U.S.C. § 507(a) ( 8  ) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>Mark Weaver<br>2 MacArthur Place<br>Ste. 800<br>Santa Ana, CA, 92707 | As of the petition filing date, the claim is: <br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $ 44,504.35 | $ _____ |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Wages, Salaries, Commissions | | |
| **Last 4 digits of account number** _____<br>Specify Code subsection of PRIORITY unsecured **claim:** 11 U.S.C. § 507(a) ( 4  ) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor   **Pandora Marketing LLC**
   Name                  Case number *(if known)* 24-20022

| **Part 1.** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                **Total claim**   **Priority amount**

**2.4**  Priority creditor's name and mailing address       $ 9,404.51    $_____

Stephanie Kaitz
2 MacArthur Place
Ste. 800
Santa Ana, CA, 92707

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.__**  Priority creditor's name and mailing address        $_____    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2.__**  Priority creditor's name and mailing address        $_____    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2.__**  Priority creditor's name and mailing address        $_____    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                          **Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address**<br>American Best Credit<br>30211 Avenida De Las Banderas<br>Ste. 200<br>Rancho Santa Margarita, CA, 92688 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 84,851.00 |
|---|---|---|---|
| | | **Basis for the claim:** Monies Loaned / Advanced | |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>American Express<br>20500 Belshaw Ave.<br>Carson, CA, 90746 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 503,910.09 |
|---|---|---|---|
| | | **Basis for the claim:** Credit Card Debt | |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Analysis Group<br>111 Huntington Ave.<br>14th Dloor<br>Boston, MA, 02199 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 4,950.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>Anthem Inc. Insurance<br>8950 Lyra Dr.<br>Ste. 300<br>Columbus, OH, 43240 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 33,644.64 |
|---|---|---|---|
| | | **Basis for the claim:** Suppliers or Vendors | |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>ASAP Trial Strategies<br>1456 Springside Dr.<br>Weston, FL, 33326 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 13,681.02 |
|---|---|---|---|
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>AVM Investment Group LLC<br>20162 SW Birch St.<br>Ste. 180<br>Newport Beach, CA, 92660 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 255,931.90 |
|---|---|---|---|
| | | **Basis for the claim:** Suppliers or Vendors | |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    Pandora Marketing LLC
_____
Name

Case number *(if known)* 24-20022
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 7   Nonpriority creditor's name and mailing address

Beltran Litigation PA
4920 W. Cypress St.
Ste. 104
Tampa, FL, 33607

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,380.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 8   Nonpriority creditor's name and mailing address

Bradford Edwards & Varlack LLP
12 East 49th St.
11th Floor
New York, NY, 10017

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Debt Counseling / Attorneys

$ 1,837,738.76

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 9   Nonpriority creditor's name and mailing address

Broadway Advance
241 37th St.
Brooklyn, NY, 11232

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 104,100.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 10   Nonpriority creditor's name and mailing address

Cambie Marketing Inc.
2290 171 St.
Surrey, V3S9X6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 12,410.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 11   Nonpriority creditor's name and mailing address

CloudFund LLC
400 Rella Blvd.
Ste. 165-101
Suffern, NY, 10901

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 69,748.25

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Pandora Marketing LLC | Case number (if known) 24-20022 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.12** Nonpriority creditor's name and mailing address

Ditto Transcripts
3801 E. Florida Ave.
Ste. 500
Denver, CO, 80210

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 6,013.50

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

DIVVY
6220 America Center Dr.
Ste. 100
San Jose, CA, 9502

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 744,770.33

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

EBF Holdings LLC d/b/a Everest Business
Funding d/b/a EBF
102 W. 38th St.
6th Floor
New York, NY, 10018

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

$ 22,187.50

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Everlaw
1501 North Plano Rd.
Ste. 100
Richardson, TX, 75081

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Debt Counseling / Attorneys

$ 373,312.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

Ganett Media
7950 Jones Branch Dr.
McLean, VA, 22107

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 67,078.26

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Pandora Marketing LLC
    Name

Case number (if known) 24-20022

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** Nonpriority creditor's name and mailing address

Intermedia Advertising
22120 Carendon St.
#3000
Woodland Hills, CA, 91367

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40,000.00

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Kaiser

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30,000.00

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

Law Office of Ellis George Cipollone
2121 Avenue of the Stars
#3000
Los Angeles, CA, 90067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 934,434.06

Basis for the claim: Debt Counseling / Attorneys

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

Law Office of Richard H. Weisberg P.A.
520 W. Lake Mary Blvd.
Ste. 103
Sanford, FL, 32773

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,000.00

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

Law Offices of Sasso & Sasso
1031 W. Morse Blvd.
Ste. 120
Winter Park, FL, 32789

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,625.00

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Pandora Marketing LLC
          _____    Case number *(if known)* 24-20022
          Name

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.22** Nonpriority creditor's name and mailing address

LexisNexis
230 Park Ave.
New York, NY, 10017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 25,225.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.23** Nonpriority creditor's name and mailing address

Light On Marketing LLC
26970 Aliso Viego Pkwy
Aliso Viejo, CA, 92656

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 26,738.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.24** Nonpriority creditor's name and mailing address

Lions and Legacy
26632 Towne Centre Dr.
Ste. 300
Foothill Ranch, CA, 92610

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.25** Nonpriority creditor's name and mailing address

Logik Systems Inc.
Dept. LA 25121
Pasadena, CA, 91185

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 108,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.26** Nonpriority creditor's name and mailing address

Lopez Bark & Schultz LLP
300 Spectrum Center Dr.
Ste. 155
Irvine, CA, 92618

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 13,515.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor    Pandora Marketing LLC
          Name                                                                Case number (if known)  24-20022

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.__27__  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $ 12,742.75
                                                                  Check all that apply.
Manatt Phelps & Phillips LLP                                      ☐ Contingent
2049 Century Park E #1700                                         ☐ Unliquidated
Los Angeles, CA, 90067                                            ☐ Disputed

                                                                  Basis for the claim:

                                                                  Is the claim subject to offset?
          Date or dates debt was incurred    _____        ☑ No
          Last 4 digits of account number    _____        ☐ Yes

3.__28__  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $ 2,414.68
                                                                  Check all that apply.
Milestone Reporting Co.                                           ☐ Contingent
P.O. Box 3426                                                     ☐ Unliquidated
Orlando, FL, 32802                                               ☐ Disputed

                                                                  Basis for the claim: Suppliers or Vendors

                                                                  Is the claim subject to offset?
          Date or dates debt was incurred    _____        ☑ No
          Last 4 digits of account number    _____        ☐ Yes

3.__29__  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $ 5,625.00
                                                                  Check all that apply.
MMA Securities LLC                                                ☐ Contingent
1166 Avenue of the Americas                                       ☐ Unliquidated
New York, NY, 10036                                              ☐ Disputed

                                                                  Basis for the claim: Suppliers or Vendors

                                                                  Is the claim subject to offset?
          Date or dates debt was incurred    _____        ☑ No
          Last 4 digits of account number    _____        ☐ Yes

3.__30__  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $ 64,747.75
                                                                  Check all that apply.
Mr. Advance LLC                                                   ☑ Contingent
35-12 19th Ave.                                                   ☐ Unliquidated
Ste. 3W                                                           ☐ Disputed
Astoria, NY, 11105
                                                                  Basis for the claim: Monies Loaned / Advanced

                                                                  Is the claim subject to offset?
          Date or dates debt was incurred    _____        ☑ No
          Last 4 digits of account number    _____        ☐ Yes

3.__31__  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $ 191,453.93
                                                                  Check all that apply.
Nardella & Nardella PLLC                                          ☐ Contingent
135 W. Central Blvd.                                              ☐ Unliquidated
Unit 300                                                          ☐ Disputed
Orlando, FL, 32801
                                                                  Basis for the claim: Debt Counseling / Attorneys

                                                                  Is the claim subject to offset?
          Date or dates debt was incurred    _____        ☑ No
          Last 4 digits of account number    _____        ☐ Yes

Debtor   Pandora Marketing LLC
_____
Name

Case number (if known) 24-20022
_____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.__32__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,604,989.98 |
|---|---|---|---|

One America
One America Square
P.O. Box 368
Indianapolis, IN, 46206

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

| 3.__33__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 91,364.61 |
|---|---|---|---|

Panda Kroll
5999B Ridge View St.
Camarillo, CA, 93012

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Debt Counseling / Attorneys

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

| 3.__34__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 6,847.49 |
|---|---|---|---|

Phipps Reporting Inc./Lexitas
1551 Forum Place
Ste. 200-E
West Palm Beach, FL, 33401

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

| 3.__35__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 38,975.00 |
|---|---|---|---|

Pioneer Production Services LLC
1615 S. Congress Ave.
Delray Beach, FL, 33445

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

| 3.__36__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0.00 |
|---|---|---|---|

Pioneer Title Company
808 W. Riverside Dr.
Parker, AZ, 85344

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Debtor    Pandora Marketing LLC
                Name                                                    Case number (if known) 24-20022

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.37** Nonpriority creditor's name and mailing address

Signature REsolution
633 W. 5th St.
#1000
Los Angeles, CA, 90071

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16,312.50

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____
Last 4 digits of account number        _____

**3.38** Nonpriority creditor's name and mailing address

Sinclair Broadcast Group Inc.
10706 Beaver Dam Road
Cockeysville, MD, 21030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116,000.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____
Last 4 digits of account number        _____

**3.39** Nonpriority creditor's name and mailing address

Stripe
354 Oyster Point Blvd.
South San Francisco, CA, 94080

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 124,831.26

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____
Last 4 digits of account number        _____

**3.40** Nonpriority creditor's name and mailing address

Stris & Maher LLP
777 S. Figueroa St.
Ste. 3850
Los Angeles, CA, 90017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,100.00

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____
Last 4 digits of account number        _____

**3.41** Nonpriority creditor's name and mailing address

U.S. Legal Support
16825 Northchase Dr.
Ste. 900
Houston, TX, 77060

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24,509.46

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____
Last 4 digits of account number        _____

| Debtor | Pandora Marketing LLC | Case number *(if known)* | 24-20022 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.42** Nonpriority creditor's name and mailing address

Wilson Elser Moskowitz Edelman & Dicker
150 E. 42nd St.
New York, NY, 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 43,130.16

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

Work on Slot
123 N. Main St.
New York, NY, 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 22,932.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor _____Pandora Marketing LLC_____   Case number (if known)___24-20022_____
        Name

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 1,239,485.48 |
| 5b. **Total claims from Part 2** | 5b. + | $ 7,716,220.88 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 8,955,706.36 |